IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02633-PSF-PAC
         Consolidated with Civil Action No. 04-cv-00319-PSF-PAC

LILLIAN BARTON,

          Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,
OFFICER R. BLEY, Badge No. 99006,
OFFICER N. SAGEN, Badge, No. 96-021,
OFFICER JOHN DOE,
MAYOR JOHN HICKENLOOPER, in his official capacity,
WELLINGTON WEBB, as former Mayor, in his official capacity,
GERALD R. WHITMAN, Chief of Police, City and County of Denver in his office capacity only,
J. WALLACE NORTHAM, JR., former Denver City Attorney, in his official capacity only,
CHRIS RAMSEY, former Denver Deputy City Attorney, in his official capacity only,

          Defendant(s).

_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

This case alleges constitutional violations and is brought by a *pro se* plaintiff.

The Court received a message at approximately 10:00 a.m. this morning from someone purporting to be plaintiff's niece.  The "niece" telephoned the chambers' secretary  and advised that plaintiff will not appear for the motions hearing tomorrow because she is out of town in Pennsylvania visiting her sister, who is ill.  No documentation of the allegedly ill sister or of plaintiff's absence has been provided to the Court.  The

"niece" refused to leave a telephone number for the Court.

I note from the clerk's file that the motions hearing has been continued once because plaintiff allegedly was in the hospital. No documentation of plaintiff's hospitalization has ever been provided to the Court.

I find that the pending referred motions need to be ruled on and that the Court is not required to hear the arguments of any party, including plaintiff's. *See* D.C. Colo. L. Civ. R. 7.1.C. Accordingly, to the extent that today's message from the "niece" could be considered a motion to continue the September 20, 2005 motions hearing, it is hereby

**ORDERED** that the request is **denied**. It is further

**ORDERED** that the motions hearing will go forward as set on September 20, 2005 at 1:30 p.m.

Dated September 19, 2005.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge