IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02633-PSF-PAC
(Consolidated with 04-cv-00319-PSF-PAC)

LILLIAN BARTON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
OFFICER R. BLEA, Badge No. 99006,
OFFICER N. SAGEN, Badge No.96-021,
OFFICER JOHN DOE,
MAYOR JOHN HICKENLOOPER,in his Official capacity,
WELLINGTON WEBB, as former Mayor, in his Official capacity only,
GERALD R. WHITMAN, in his Official capacity as Chief of Police,
City and County of Denver,
J. WALLACE WORTHAM, JR., former Denver City Attorney,
in his Official capacity, and
CHRIS RAMSEY, former Denver Deputy City Attorney, in his Official capacity only,

    Defendants.

---

Civil Action No. 04-cv-00319-PSF-PAC
(Consolidated with 03-cv-02633-PSF-PAC)

CITY AND COUNTY OF DENVER;
RICHARD BLEA;
NICK SAGAN;
JOSH VASCONCELLOS;
MAYOR JOHN HICKENLOOPER;
WELLINGTON WEBB;
GERALD R. WHITMAN;
RUDY SANDOVAL;
J. WALLACE WORTHAM, JR; and
CHRIS RAMSEY,

    Defendants.

### ORDER DENYING PLAINTIFF'S "MOTION FOR ORDER OF REFERENCE PURSUANT TO 28 U.S.C. 636"

THIS MATTER is before the Court on this *pro se* plaintiff's filing of August 18, 2005, partially described above (Dkt. # 150), in which she requests this Court to reassign this case to a Magistrate Judge other the Magistrate Judge Coan.  This motion appears to ask for essentially the same relief requested by plaintiff in her *pro se* filing of September 2, 2005 (Dkt. # 166) in which she requested this Court to stay proceedings in her case and to order the recusal of Magistrate Judge Coan from her case for alleged bias or prejudice.  By Order entered on September 8, 2005 the Court denied plaintiff's request to recuse Magistrate Judge Coan.  For the same reasons set forth in that Order, and the lack of authority under Local Rule 72.2 for the relief sought, plaintiff's "Motion for Order of Reference" (Dkt. # 150 ) is DENIED.

DATED: October 17, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge