IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02633-PSF-PAC
(Consolidated with 04-cv-00319-PSF-PAC)

LILLIAN BARTON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
OFFICER R. BLEA, Badge No. 99006,
OFFICER N. SAGEN, Badge No.96-021,
OFFICER JOHN DOE,
MAYOR JOHN HICKENLOOPER, in his Official capacity,
WELLINGTON WEBB, as former Mayor, in his Official capacity only,
GERALD R. WHITMAN, in his Official capacity as Chief of Police,
City and County of Denver,
J. WALLACE WORTHAM, JR., former Denver City Attorney,
in his Official capacity, and
CHRIS RAMSEY, former Denver Deputy City Attorney, in his Official capacity only,

    Defendants.
_____

Civil Action No. 04-cv-00319-PSF-PAC
(Consolidated with 03-cv-02633-PSF-PAC)

CITY AND COUNTY OF DENVER;
RICHARD BLEA;
NICK SAGAN;
JOSH VASCONCELLOS;
MAYOR JOHN HICKENLOOPER;
WELLINGTON WEBB;
GERALD R. WHITMAN;
RUDY SANDOVAL;
J. WALLACE WORTHAM, JR; and
CHRIS RAMSEY,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHRAW

THIS MATTER, having come before the Court, the Court having reviewed the Unopposed Motion to Withdraw as Counsel and the file, having considered said Unopposed Motion, and being fully advised in the premises, the Court hereby:

FINDS THAT good cause exists for the Motion to Withdraw and ORDERS that the Unopposed Motion to Withdraw as Counsel if GRANTED.  Seth A. Rider is permitted to withdraw as counsel of record in this matter.  Thomas S. Rice will continue to represent the City and County of Denver, Officer Richard Blea (incorrectly designated as "Bley"), Officer Nick Sagan (incorrectly designated as "Sagen"), Officer Josh Vasconcellos, Mayor John Hickenlooper, Wellington Webb, Gerald R. Whitman, Rudy Sandoval, J. Wallace Wortham, Jr., and Chris Ramsey as counsel of record.

DATED: October 17, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge