IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02633-PSF-PAC
(Consolidated with 04-cv-00319-PSF-PAC)

LILLIAN BARTON,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,
OFFICER R. BLEA, Badge No. 99006,
OFFICER N. SAGEN, Badge No.96-021,
OFFICER JOHN DOE,
MAYOR JOHN HICKENLOOPER, in his Official capacity,
WELLINGTON WEBB, as former Mayor, in his Official capacity only,
GERALD R. WHITMAN, in his Official capacity as Chief of Police,
City and County of Denver,
J. WALLACE WORTHAM, JR., former Denver City Attorney,
in his Official capacity, and
CHRIS RAMSEY, former Denver Deputy City Attorney, in his Official capacity only,

      Defendants.

CITY AND COUNTY OF DENVER;
RICHARD BLEA;
NICK SAGAN;
JOSH VASCONCELLOS;
MAYOR JOHN HICKENLOOPER;
WELLINGTON WEBB;
GERALD R. WHITMAN;
RUDY SANDOVAL;
J. WALLACE WORTHAM, JR; and
CHRIS RAMSEY,

      Defendants.

## MINUTE ORDER STRIKING AND DENYING PLAINTIFF'S MOTION TO CORRECT PLAINTIFF'S OBJECTIONS

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

The plaintiff's *pro se* Motion to Correct Paragraph 2 of Plaintiff's Objections (Dkt. # 244), filed on June 14, 2006 at 1:42 p.m., is hereby stricken and DENIED. As counsel has now appeared for plaintiff, she is DIRECTED to not file any further motions in this case other than through her counsel.  If she fails to comply with this order and continues to file *pro se* motions, the Court will consider additional sanctions including possibly, the dismissal of her case.

DATED: June 14, 2006