IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02633-PSF-PAC
(Consolidated with 04-cv-00319-PSF-PAC)

LILLIAN BARTON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
OFFICER R. BLEA, Badge No. 99006,
OFFICER N. SAGEN, Badge No.96-021,
OFFICER JOHN DOE,
MAYOR JOHN HICKENLOOPER,in his Official capacity,
WELLINGTON WEBB, as former Mayor, in his Official capacity only,
GERALD R. WHITMAN, in his Official capacity as Chief of Police,
City and County of Denver,
J. WALLACE WORTHAM, JR., former Denver City Attorney,
in his Official capacity, and
CHRIS RAMSEY, former Denver Deputy City Attorney, in his Official capacity only,

    Defendants.

CITY AND COUNTY OF DENVER;
RICHARD BLEA;
NICK SAGAN;
JOSH VASCONCELLOS;
MAYOR JOHN HICKENLOOPER;
WELLINGTON WEBB;
GERALD R. WHITMAN;
RUDY SANDOVAL;
J. WALLACE WORTHAM, JR; and
CHRIS RAMSEY,

    Defendants.

## ORDER SETTING SUPPLEMENTAL FINAL TRIAL PREPARATION CONFERENCE

The above-captioned matter has been scheduled for a three-day jury trial on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **October 3, 2006 at 8:30 a.m.**

A supplemental Final Trial Preparation Conference is SET for **September 22, 2006 at 3:30 p.m.**  The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person.**

DATED: September 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge