**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes         Date: September 22, 2006
Court Reporter: Darlene Martinez

Civil Action No. 03-cv-02633-PSF-PAC
(Consolidated with 04-cv-00319-PSF-PAC)

| *Parties:* | *Counsel:* |
|---|---|
| LILLIAN BARTON, | A. Thomas Elliott, Jr. |
| Plaintiff, | |
| v. | |
| OFFICER R. BLEA, Badge No. 99006, and | Sonja McKenzie |
| OFFICER N. SAGEN, Badge No. 96-021, | Brett McDaniel |
| Defendants, | |
| and | |
| RICHARD BLEA, NICK SAGAN, and JOSH VASCONCELLOS; | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Final Trial Preparation Conference

**3:39 p.m.     Court in session.**

Also present: Plaintiff Lillian Barton.

**ORDER:**     Defendants' Renewed Motions *in Limine* **(271)**.  Confessed as to the disciplinary records of defendants.  As to plaintiff's damages, parties are

>ordered to meet and confer after the hearing to resolve matters contained in the motion. If they cannot resolve the matters, plaintiff shall file a response to the motion no later than **September 27, 2006, at 12:00 p.m.**

Trial will began at 9:00 a.m.

Counsel are directed to be in court 45 minutes prior to trial to review the Trial Checklist with the courtroom deputy.

Parties allowed 15 minutes per side for *voir dire.*

**ORDER:**   Defendants' Oral Motion for Telephonic Testimony of Mr. Ramsey is **granted.**

**DEADLINES:**
1) Amended exhibit list, if any, due no later than **September 27, 2006, 12:00 p.m.**
2) Plaintiff's proposed *voir dire* questions due no later than **September 27, 2006, 12:00 p.m.**
3) Plaintiff's proposed witness list due no later than **September 27, 2006, 12:00 p.m.**
4) Stipulations of the Parties due no later than **September 27, 2006, 12:00 p.m.**
5) Simultaneous motion *in limine* as to the preclusive effect of the ruling in plaintiff's criminal case due no later than **September 27, 2006, 12:00 p.m.**
6) Simultaneous responses due no later than **September 29, 2006, 4:00 p.m.**

**4:22 p.m.    Court in recess/hearing concluded.**

Total in-court time: 00:43.