IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02633-PSF-PAC
(Consolidated with 04-cv-00319-PSF-PAC)

LILLIAN BARTON,

    Plaintiff,

v.

OFFICER R. BLEA, Badge No. 99006; and
OFFICER N. SAGEN, Badge No.96-021,

    Defendants.

---

Civil Action No. 04-cv-00319-PSF-PAC

RICHARD BLEA;
NICK SAGAN; and
JOSH VASCONCELLOS,

    Defendants.

---

### ORDER GRANTING MOTION TO WITHDRAW

---

    This matter is before the Court on plaintiff's counsel's Motion to Withdraw as Plaintiff's Counsel (Dkt. # 300).  The Court notes that the representations therein have not been challenged by the plaintiff or the defendants.  Therefore, it is hereby

    ORDERED that A. Thomas Elliott, Jr., Esq. is permitted to withdraw as counsel of record for Plaintiff Lillian Barton, effective immediately.

    DATED:  January 17, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge